UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYRON GAYLORD BRANDON,<br><br>            Plaintiff,<br>   v.<br><br>STRANGE et al.,<br><br>            Defendant. | CASE NO. 3:24-cv-05399-DGE-TLF<br><br>MINUTE ORDER |

       This matter comes before the Court on United States Magistrate Judge Theresa L. Fricke's Report and Recommendation on Plaintiff Myron G. Brandon's motion for leave to proceed in forma pauperis. (Dkt. No. 51.) Despite Plaintiff's delay in filing a proposed amended complaint (Dkt. No. 52) in response to the order to show cause (Dkt. No. 39), the Court DECLINES TO ADOPT the Report and Recommendation and REFERS the matter to the Judge Fricke for further review/consideration of the proposed amended complaint.

       The foregoing Minute Order entered by direction of the HONORABLE DAVID G. ESTUDILLO, United States District Judge. Dated this 8th day of January 2025.

MINUTE ORDER - 1