UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MYRON GAYLORD BRANDON,<br><br>                Plaintiff,<br>v.<br><br>ERIC JACKSON, et al.,<br><br>                Defendants. | Case No. 3:24-cv-05399-DGE-TLF<br><br>ORDER GRANTING MOTION FOR EXTENSION |

Plaintiff proceeds pro se in this 42 U.S.C. § 1983 civil rights action. Defendant Gollr has filed a motion for summary judgment and defendants Bennett and Jackson have filed a motion for judgment on the pleadings which was joined by defendant Gollr. Dkts. 108, 119, 121. This matter comes before the Court on plaintiff's motion for extension of time to file a response to defendant's motion for summary judgment. Dkt. 118.

In his motion for extension signed on October 3, 2025, plaintiff indicates that he was placed in the Intensive Management Unit ("IMU") on September 11, 2025, and was released on September 30, 2025. Dkt. 118. He indicates that the IMU electronic library was down during that period. *Id.* He requests a 30-60 day extension to respond to the motion for summary judgment. *Id.*

The Court previously extended plaintiff's time to respond to defendant's motion for summary judgment when it denied plaintiff's motion for appointment of counsel. Dkt.

ORDER GRANTING MOTION FOR EXTENSION - 1

117. Considering plaintiff's assertions about having problems with accessing the law library while housed in IMU confinement, and in order to ensure plaintiff has an adequate opportunity to respond to both the motion for summary judgment and the motion for judgment on the pleadings, the Court hereby ORDERS:

(1) Plaintiff's motion for extension of time (Dkt. 118) is GRANTED.

(2) Plaintiff's response to defendant Gollr's motion for summary judgment (Dkt. 108) and his response to defendants Bennett, Jackson and Gollr's motion for judgment on the pleadings (Dkt. 119) is due on or before **December 29, 2025**.

(3) Defendants' reply to the motions is due on or before **January 9, 2026**.

(4) The Clerk is directed to re-note defendants' motion for summary judgment (Dkt. 108) and motion for judgment on the pleadings (Dkt. 119) to **January 9, 2026**.

**(5) No further requests for extension of time will be granted except upon a showing of good cause with detailed facts supporting the request.**

Dated this 3rd day of November, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION - 2