UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MYRON GAYLORD BRANDON,

        Plaintiff,

v.

ERIC JACKSON, et al.,

        Defendants.

Case No. 3:24-cv-05399-DGE-TLF

ORDER GRANTING MOTION TO STAY DISPOSITIVE MOTION DEADLINE

THIS MATTER came before the Court on defendants Eric Jackson's and Jason Bennett's Motion to Stay Dispositive Motion Deadline on December 16, 2025. Dkt. 125. Defendant Gollr has joined the motion. Dkt. 126.

Defendants seek a stay of the dispositive motion deadline pending resolution of the motion for judgment on the pleadings (Dkt. 119), which has also been joined by defendant Gollr (Dkt. 121). The dispositive motion deadline is currently set for January 8, 2026. Dkt. 99. Defendants' motion for judgment on the pleadings, and defendant Gollr's separately filed motion for summary judgment, have been renoted to January 9, 2026. Dkt. 123. If the motion for judgment on the pleadings is denied, defendants state, they may seek to file a subsequent motion for summary judgment. They seek to stay the dispositive motion deadline to allow them to do so. Dkt. 125.

Plaintiff did not oppose or otherwise respond to the motion to stay the dispositive motion deadline.

ORDER GRANTING MOTION TO STAY DISPOSITIVE
MOTION DEADLINE - 1

The Court, having considered Defendants' motion and the records and files in this matter, does hereby ORDER:

1. The Court GRANTS Defendants' motion to stay dispositive motion deadline (Dkt. 125);

2. The deadline to file a dispositive motion in this matter is STAYED. Any future dispositive motion shall be filed and served within 30 days after the District Court's order(s) ruling on the currently pending dispositive motions (Dkt. Nos. 108 & 119).

3. The Clerk shall provide a copy of this order to the parties and to the Honorable David G. Estudillo.

Dated this 16th day of December, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY DISPOSITIVE
MOTION DEADLINE - 2